IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONI A. BOLLINGER,

     Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION AND U.S.
POSTAL SERVICE,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5007

Opinion filed April 6, 2017.

An appeal from an order from the Reemployment Assistance Appeals
Commission.
Frank E. Brown, Chairman.

Toni A. Bollinger, pro se, Appellant.

Norman A. Blessing, General Counsel, Cristina A. Velez, Appellate Counsel,
Tallahassee, for Reemployment Assistance Appeals Commission.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., LEWIS, and WINSOR, JJ., CONCUR.